Exhibit 2

| US8108267 | Welcome Homes Models ("Accused Product") |
|---|---|
| 1. A method of facilitating a sale of a real property, which comprises: enabling a user of a computing device to select a real property from a plurality of real properties being offered for sale; | The accused product practices a method of facilitating a sale of a real property (e.g., real estate property), which comprises: enabling a user of a computing device (e.g., computer device such as smartphone, laptop, etc. utilizing the accused product) to select a real property (e.g., real estate property) from a plurality of real properties being offered for sale. The accused product is a digital tool that helps in facilitating the sale of real estate properties such as homes. The user can select a property from multiple properties displayed on a website enabled with the accused product.  https://welcomehomes.com/ |

# Buy and build with Welcome Homes' online new construction platform

Welcome Homes augments a streamlined business plan with dynamic 3D visualization to let new homebuyers build and buy directly from their browsers

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

### Welcome Homes is tech-forward home developer with a 3D rendering solution for home selection and transaction facilitation.

**Platforms**: Browser, mobile responsive

**Ideal for**: Buyer agents, agents who specialize in new construction

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

|  | Welcome Homes is a homebuilder, not a proptech. It just happens to be a homebuilder with a founding team that looks way more Silicon Valley than Home Depot.

It is licensed to build throughout southern New York State's Westchester and Putnam Counties, northern New Jersey, and Fairfield County, Connecticut.

The concept is simple: After a lot is finalized, buyers (and their agent) use Welcome Homes' online tools to choose a model, select a floor plan, apply a-la-carte finishes and work alongside the company's concierge to reach closing.

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/ |
| --- | --- |

Welcome Homes is a **New York-based proptech startup** that lets you **design, customize, and build new homes entirely online.** Founded in 2020, the company simplifies the stressful process of homebuilding by using a digital-first approach.

**Founded:** 2020

**Headquarters:** New York, U.S.

**Funding:** Raised **$29 million Series A** in 2023

**Mission:** To make custom homebuilding **faster, more affordable, and more transparent**

Instead of endless meetings with contractors, Welcome Homes allows buyers to select a lot, customize layouts and finishes online, and then manage the entire construction process for you.

https://welcomehomes.com/blog/is-welcome-homes-legit

## How Does Welcome Homes Work?

According to Welcome Homes, the process is simple:

**Choose your land** – Select an available lot through their platform or bring your own.

**Design online** – Use their digital tools to customize floor plans, finishes, and add-ons.

**Transparent pricing** – See real-time costs upfront (no hidden surprises).

**Construction & delivery** – Welcome Homes manages contractors and delivers the finished home.

https://welcomehomes.com/blog/is-welcome-homes-legit

# From mood-board to move-in,
## *with just a few clicks.*

### Select & customize a model

Design your home in real-time using our digital design studio. Choose your model, finishes, and personalized upgrades.

enabling a user of a computing device to select a real property from a plurality of real properties being offered for sale

https://welcomehomes.com/how-it-works

# Check out our expert
# designed models

Welcome's model library has options in dozens of aesthetics and sizes from traditional through ultra-contemporary.

https://welcomehomes.com/



enabling a user of a computing device to select a real property from a plurality of real properties

https://welcomehomes.com/models

"Everything is pre-configured upfront," Hartman said. Under the Welcome Homes model, buyers select a piece of property and a home type that the company has already vetted before they customize the house and choose finishes. That's how the final price is determined.

enabling a user of a computing device to select a real property from a plurality of real properties being offered for sale

https://www.businessinsider.com/welcome-homes-real-estate-tech-startup-proptech-buy-design-online-2021-3



https://welcomehomes.com/properties??xmin=-75.56699761335162&ymin=40.112966538513035&xmax=-71.7927530370149&ymax=41.876940521919266&q%5Bacreage_gteq%5D=0

| | |
|---|---|
| displaying, on an electronic display, an immersive three-dimensional image of a first one of a plurality of rooms of the real property that has been selected, and seamlessly changing a view on the electronic display in order to display an immersive three-dimensional image of a second one of the plurality of rooms of the real property on the display; and | The accused product practices displaying, on an electronic display (e.g., display of the computer device such as smartphone, laptop, etc. utilizing the accused product), an immersive three-dimensional image of a first one (e.g., kitchen) of a plurality of rooms of the real property (e.g., real estate property) that has been selected, and seamlessly changing a view (e.g., moving around from one room (kitchen) to another during virtual tour) on the electronic display (e.g., display of the computer device such as smartphone, laptop, etc. utilizing the accused product) in order to display an immersive three-dimensional image of a second one (e.g., second room (primary bathroom)) of the plurality of rooms of the real property (e.g., real estate property) on the display.<br><br>The accused product is a digital tool that helps in facilitating the sale of real estate properties such as homes. The user can select a property from multiple properties displayed on a website enabled with the accused product. |

**Welcome Homes is tech-forward home developer with a 3D rendering solution for home selection and transaction facilitation.**

**Platforms**: Browser, mobile responsive

**Ideal for**: Buyer agents, agents who specialize in new construction

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

# Buy and build with Welcome Homes' online new construction platform

Welcome Homes augments a streamlined business plan with dynamic 3D visualization to let new homebuyers build and buy directly from their browsers

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

displaying, on an electronic display

an immersive three-dimensional image of a first one of a plurality of rooms

plurality of rooms of the real property



https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/



seamlessly changing a view on the electronic display in order to display an immersive three-dimensional image of a second one of the plurality of rooms of the real property on the display

plurality of rooms of the real property

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

| enabling the user of the computing device to remove, add, and/or modify a feature shown in an image selected from the group consisting of the image of the first one of the plurality of rooms of the real property that has been selected and the image of the second one of the plurality of rooms of the real property that has been selected. | The accused product practices enabling the user of the computing device (e.g., computer device such as smartphone, laptop, etc. utilizing the accused product) to remove (e.g., removing the furniture in the kitchen) , add, and/or modify a feature (e.g., modifying the colour and style of a room) shown in an image (e.g., image of the first room) selected from the group consisting of the image of the first one (e.g., kitchen) of the plurality of rooms of the real property (e.g., real estate property) that has been selected and the image of the second one (e.g., second room (bedroom)) of the plurality of rooms of the real property (e.g., real estate property) that has been selected.

The accused product utilizes a software to provide virtual tour of the selected real property. Furthermore, as shown below, the room of the selected real property can also be modified. |

**What parts of my home are customizable?**                                    —

Warning: this part is almost *too* much fun. We've curated design options for all main rooms of the home– like kitchens and bathrooms–, as well as the exterior. Each design package pairs the best materials, color palettes, features, and fixtures to create a beautiful, cohesive aesthetic.

enabling the user of the computing device to remove, add, and/or modify a feature shown in an image

We also provide an assortment of lifestyle-based upgrades, from saunas to cinemas.

https://welcomehomes.com/how-it-works

**Why are only certain themes available for the home I want?**                  —

We've curated the theme options for each model based on the overall aesthetic and style of the home. For example, within our traditional models, you have the option to choose from six different traditional kitchen themes. If desired, you can swap in the products & aesthetic from another theme type, such as a modern kitchen, for an additional cost.

enabling the user of the computing device to remove, add, and/or modify a feature shown in an image

https://welcomehomes.com/how-it-works

# From mood-board to move-in,
## *with just a few clicks.*

## Select & customize a model

Design your home in real-time using our digital design studio. Choose your model, finishes, and personalized upgrades.

https://welcomehomes.com/how-it-works

| | |
|---|---|
| | The service offers a fully-online home building experience that can be completed in a few simple steps. It begins with choosing from their wide selection of home models and then customizing the interiors of each room using a virtual walkthrough; selecting details including flooring, fixtures, lighting and appliances is one of the most exciting aspects of the platform. Once the design is finalized, you select from one of their properties - if you don't own land already. After that, financing is secured (with the convenient option of using their preferred lender) before closing and beginning your build.<br><br>https://escapebrooklyn.com/welcomehomes/ |



The left-hand navigation menu displays a list a rooms ready to be designed, and along the bottom, accent colors, floor types and tile designs can be selected.

first one of the plurality of rooms of the real property

plurality of rooms of the real property

selected from the group consisting of the image of the first one of the plurality of rooms of the real property

enabling the user of the computing device to modify a feature shown in an image

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

The online experience lets the viewer navigate exteriors and interiors with an equal amount of flexibility. As a home comes together, it can be walked through and viewed via rendering in the same way a Matterport capture is navigated.

Everything from cabinet color to primary bathroom floor materials can be reviewed and "experienced" through a web browser. The experience is deliberate and reactive, immediately showing a user how changes compare and most importantly, what they'll cost.

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

| | |
|---|---|
| 2. The method according to claim 1, which further comprises enabling the user to select a plurality of different immersive three-dimensional images of one of the plurality of rooms, wherein each one of the different three-dimensional images originates from a different location within the one of the plurality of rooms. | The accused product practices a method which further comprises enabling the user to select a plurality of different immersive three-dimensional images of one (e.g., one of a rooms (primary bathroom)) of the plurality of rooms, wherein each one of the different three-dimensional images originates from a different location within the one of the plurality of rooms.<br><br>The online experience lets the viewer navigate exteriors and interiors with an equal amount of flexibility. As a home comes together, it can be walked through and viewed via rendering in the same way a Matterport capture is navigated.<br><br>Everything from cabinet color to primary bathroom floor materials can be reviewed and "experienced" through a web browser. The experience is deliberate and reactive, immediately showing a user how changes compare and most importantly, what they'll cost.<br><br>https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/ |

|  | The service offers a fully-online home building experience that can be completed in a few simple steps. It begins with choosing from their wide selection of home models and then customizing the interiors of each room using a virtual walkthrough; selecting details including flooring, fixtures, lighting and appliances is one of the most exciting aspects of the platform. Once the design is finalized, you select from one of their properties - if you don't own land already. After that, financing is secured (with the convenient option of using their preferred lender) before closing and beginning your build.<br><br>https://escapebrooklyn.com/welcomehomes/ |



https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

| 3. The method according to claim 2, which further comprises enabling the user to change a plurality of features of the real property being displayed in the immersive three-dimensional image. | The accused product practices a method which further comprises enabling the user to change a plurality of features (e.g., colour, floor, etc.,) of the real property being displayed in the immersive three-dimensional image. |

# From mood-board to move-in, *with just a few clicks.*

## Select & customize a model

Design your home in real-time using our digital design studio. Choose your model, finishes, and personalized upgrades.

https://welcomehomes.com/how-it-works

The service offers a fully-online home building experience that can be completed in a few simple steps. It begins with choosing from their wide selection of home models and then customizing the interiors of each room using a virtual walkthrough; selecting details including flooring, fixtures, lighting and appliances is one of the most exciting aspects of the platform. Once the design is finalized, you select from one of their properties — if you don't own land already. After that, financing is secured (with the convenient option of using their preferred lender) before closing and beginning your build.

https://escapebrooklyn.com/welcomehomes/

enabling the user to change a plurality of features of the real property being displayed

Everything from cabinet color to primary bathroom floor materials can be reviewed and "experienced" through a web browser. The experience is deliberate and reactive, immediately showing a user how changes compare and most importantly, what they'll cost.

The left-hand navigation menu displays a list a rooms ready to be designed, and along the bottom, accent colors, floor types and tile designs can be selected.

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/



immersive three-dimensional image

plurality of features of the real property

feature

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/

| | |
|---|---|
| | **What parts of my home are customizable?**                                    — <br><br>Warning: this part is almost *too* much fun. We've curated design options for all main rooms of the home– like kitchens and bathrooms–, as well as the exterior. Each design package pairs the best materials, color palettes, features, and fixtures to create a beautiful, cohesive aesthetic.<br><br>We also provide an assortment of lifestyle-based upgrades, from saunas to cinemas.<br><br>For any given Welcome home, there are 200,000+ unique design combinations (but only *one* that's uniquely yours).<br><br>https://welcomehomes.com/how-it-works |
| 4. The method according to claim 3, which further comprises enabling the user to change features of a plurality of products being displayed with the real property. | The accused product practices a method further comprises enabling the user to change features (e.g., colour, type, etc.,) of a plurality of products (e.g., countertop, cabinets, etc.,) being displayed with the real property.<br><br>**What parts of my home are customizable?**                                    —<br><br>Warning: this part is almost *too* much fun. We've curated design options for all main rooms of the home– like kitchens and bathrooms–, as well as the exterior. Each design package pairs the best materials, color palettes, features, and fixtures to create a beautiful, cohesive aesthetic.<br><br>We also provide an assortment of lifestyle-based upgrades, from saunas to cinemas.<br><br>For any given Welcome home, there are 200,000+ unique design combinations (but only *one* that's uniquely yours).<br><br>https://welcomehomes.com/how-it-works |

The service offers a fully-online home building experience that can be completed in a few simple steps. It begins with choosing from their wide selection of home models and then customizing the interiors of each room using a virtual walkthrough; selecting details including flooring, fixtures, lighting and appliances is one of the most exciting aspects of the platform. Once the design is finalized, you select from one of their properties - if you don't own land already. After that, financing is secured (with the convenient option of using their preferred lender) before closing and beginning your build.

https://escapebrooklyn.com/welcomehomes/

# From mood-board to move-in, *with just a few clicks.*

## Select & customize a model

Design your home in real-time using our digital design studio. Choose your model, finishes, and personalized upgrades.

https://welcomehomes.com/how-it-works

| | |
|---|---|
| | The online experience lets the viewer navigate exteriors and interiors with an equal amount of flexibility. As a home comes together, it can be walked through and viewed via rendering in the same way a Matterport capture is navigated.<br><br>Everything from cabinet color to primary bathroom floor materials can be reviewed and "experienced" through a web browser. The experience is deliberate and reactive, immediately showing a user how changes compare and most importantly, what they'll cost.<br><br>https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/<br><br><br><br>https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/ |
| 10. The method according | The accused product practices a method wherein the feature shown in the |

| | |
|---|---|
| to claim 1, wherein the feature shown in the selected image is a floor and the user of the computing device is enabled to modify the floor. | selected image is a floor and the user of the computing device is enabled to modify the floor.<br><br>**What parts of my home are customizable?**                                          —<br><br>Warning: this part is almost *too* much fun. We've curated design options for all main rooms of the home– like kitchens and bathrooms–, as well as the exterior. Each design package pairs the best materials, color palettes, features, and fixtures to create a beautiful, cohesive aesthetic.<br><br>We also provide an assortment of lifestyle-based upgrades, from saunas to cinemas.<br><br>For any given Welcome home, there are 200,000+ unique design combinations (but only *one* that's uniquely yours).<br><br>https://welcomehomes.com/how-it-works<br><br>The service offers a fully-online home building experience that can be completed in a few simple steps. It begins with choosing from their wide selection of home models and then customizing the interiors of each room using a virtual walkthrough; selecting details including flooring, fixtures, lighting and appliances is one of the most exciting aspects of the platform. Once the design is finalized, you select from one of their properties - if you don't own land already. After that, financing is secured (with the convenient option of using their preferred lender) before closing and beginning your build.<br><br>https://escapebrooklyn.com/welcomehomes/ |

# From mood-board to move-in,
## *with just a few clicks.*

## Select & customize a model

Design your home in real-time using our digital design studio. Choose your model, finishes, and personalized upgrades.

https://welcomehomes.com/how-it-works

The online experience lets the viewer navigate exteriors and interiors with an equal amount of flexibility. As a home comes together, it can be walked through and viewed via rendering in the same way a Matterport capture is navigated.

Everything from cabinet color to primary bathroom floor materials can be reviewed and "experienced" through a web browser. The experience is deliberate and reactive, immediately showing a user how changes compare and most importantly, what they'll cost.

https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/



https://www.inman.com/2021/04/23/buy-and-build-with-welcome-homes-online-new-construction-platform/