# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PanoVision LLC,** | Case No. 1:26-cv-01746-RA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Welcome Building Corporation,** | |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: __April 22__, 2026
New York, New York

_____
RONNIE ABRAMS
United States District Judge